Lynn Hubbard, III, SBN 69773
Mark Emmett, SBN 182053
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Wilson,<br><br>       Plaintiff,<br><br>       vs.<br><br>Sierra Coast Investments, Inc. et al.,<br><br>       Defendants. | Case No. CIV.S 06-2469 FCD KJM<br><br>**Stipulation and Order to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant to Local Rule 16-271** |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

**IT IS SO STIPULATED.**

Dated: March 28, 2007            DISABLED ADVOCACY GROUP, APLC


                                  /s/ Mark Emmett, Esquire
                                 MARK EMMETT
                                 Attorney for Plaintiff

*Wilson v. Sierra Investments, Inc., et al.*, Case No. CIV.S 06-2469 FCD KJM
Stipulation and Order to Elect Referral to VDRP

- 1 -

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 7, 2007 | HARDY ERICH BROWN & WILSON |
| 3 | | |
| 4 | | /s/ David Perrault, Esquire |
| 5 | | DAVID L. PERRAULT<br>Attorneys for Defendant |
| 6 | | SIERRA INVESTMENTS, INC. dba |
| 7 | | LYONS |
| 8 | Dated: March 9, 2007 | LATE & FAORO |

Dated: February 7, 2007        HARDY ERICH BROWN & WILSON

 /s/ David Perrault, Esquire
DAVID L. PERRAULT
Attorneys for Defendant
SIERRA INVESTMENTS, INC. dba
LYONS

Dated: March 9, 2007         LATE & FAORO

 /s/ Dennis Faoro, Esquire
DENNIS FAORO
Attorneys for Defendant
ROSALIND D. BASTIAN, Trustee of the
ROSALIND D. BASTIAN REVOCABLE
TRUST OF 2005

IT IS SO ORDERED.

Dated: April 6, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE