Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, Ca. 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

The United States District Court

For The Eastern District Of California

| Ronald Wilson, | ) CIV.S 06-2469 FCD KJM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **Stipulation to Continue the Filing of the Joint Status Report and Order Thereon** |
| Sierra Coast Investments, Inc., et al., | ) |
| Defendants. | ) |
| And Related Cross Actions. | ) |

It is hereby stipulated by and between Plaintiff, Ronald Wilson ("Plaintiff"), and Defendant, Sierra Coast Investments, Inc. dba Lyon's ("Sierra Coast") and Rosalind D. Bastian, Trustee of the Rosalind D. Bastian Revocable Trust of 2005 ("Bastian Trust") (collectively the "Parties") and their respective counsel, that the date for filing the Joint Status Report be continued at least thirty (30) days, or alternatively, until the Third-Party Defendants, American River Striping and MDNM Lyons, Inc., have

responded to the Bastian Trust's Third-Party Complaint.  The Parties make this request due to the following reasons:

    1.    Third-Party Defendant, American River Striping, was personally served at 11:10 a.m. on March 20, 2007 and has not yet appeared in this action.  Defendant's answer was due on or before April 9, 2007.  The Bastian Trust anticipates taking the default of this Defendant.

    2.    Third-Party Defendant, MDNM Lyons, Inc. was served by substituted service on March 26, 2007 and has not yet appeared in this action.  Defendant's answer was due on or before April 18, 2007.  The Bastian Trust anticipates taking the default of this Defendant.

    3.    Sierra Coast plans to file a cross-complaint against American River Striping and MDNM Lyons, Inc. within seven the next seven (7) working days.

    4    The Parties feel it would be meaningless to file a Joint Status Report until all the necessary parties are able to participate.

Third-Party Plaintiff anticipates that the Third-Party Defendants will have appeared, or their default taken, by the time the continued Joint Status Report is required to be filed.

IT IS SO STIPULATED.

Dated: April 19, 2007        DISABLED ADVOCACY GROUP, APLC

                            /s/ Mark Emmett, Esquire       /
                            MARK EMMETT
                            Attorney for Plaintiff

| | | |
|---|---|---|
| 1 | Dated: April 20, 2007 | HARDY ERICH BROWN & WILSON |

 /s/ David Perrault, Esquire                /
DAVID L. PERRAULT
Attorney for Defendant
SIERRA COAST INVESTEMENTS, INC.
dba LYONS

Dated: April 19, 2007     LAST & FAORO

 /s/ Dennis Faoro, Esquire                /
DENNIS L. FAORO
Attorney for Defendant
ROSALIND D. BASTIAN, Trustee of the
ROSALIND D. BASTIAN REVOCABLE
TRUST OF 2005

## ORDER

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the filing of the Joint Status Report shall be filed on or before May 30, 2007.

Dated: April 25, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE