UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

RONALD WILSON,

        Plaintiff,

    v.

SIERRA COAST INVESTMENTS, et al.,

        Defendants.

NO. CIV. S-06-2469 FCD KJM

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.    The hearing on Third Party Defendant American River Striping's Motion for More Definite Statement is continued to August 10, 2007 at 10:00 a.m.  Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than July 27, 2007.  The Defendant may file and serve a reply on or before August 3, 2007.

    2.    Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

///

3.  Plaintiff's counsel shall file his response to the order to show cause on or before July 27, 2007.

4.  A hearing on the order to show cause will follow the hearing on the Motion for a More Definite Statement.

IT IS SO ORDERED.

DATED: July 18, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE