SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III SBN 69773
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Telephone:  (530) 895-3252
Facsimile:    (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| RONALD WILSON, | No. 2:06-cv-2469-FCD-KJM |
| Plaintiff, | **DISMISSAL ORDER** |
| vs. | |
| SIERRA COAST INVESMENTS, INC. dba LYONS, et al., | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Plaintiff, RONALD WILSON, requests the Court dismiss the above entitled action, with prejudice, as to all Defendants.

Dated: November16, 2007         DISABLED ADVOCACY GROUP, APLC

 /s/ Lynn Hubbard III
LYNN HUBBARD, III
Attorney for Plaintiff

IT IS SO ORDERED.

Dated: November 16, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE